# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ALICE ORTIZ, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>LENG C. HAONG, D.D.S., Inc. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:22-cv-00941-AWI-HBK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS UNDER THE FIRST TO FILE DOCTRINE, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY** |

# [~~PROPOSED~~] ORDER

Having read and considered the "Joint Stipulation Setting Briefing and Hearing Schedule on Plaintiff's Motion to Remand and Defendant's Motion to Dismiss under the First to File Doctrine, or in the Alternative, to Transfer or Stay" and for good cause appearing, it is **HEREBY ORDERED** as follows:

The briefing and hearing schedule on Plaintiff's motion to remand (ECF No. 14) and Defendant's motion to dismiss under the first-to-file doctrine, or in the alternative, to transfer or stay proceedings is as follows:

| Plaintiff's Motion to Remand | |
|---|---|
| **Event** | **Deadline** |
| Defendant's Opposition | Friday, November 4, 2022 |
| Plaintiff's Reply | Monday, November 21, 2022 |
| Hearing | Monday, December 19, 2022 |

| Defendant's Motion to Dismiss Under the First-to-File Doctrine, or in the Alternative to Transfer or Stay | |
|---|---|
| **Event** | **Deadline** |
| Defendant's Motion | Friday, October 28, 2022 |
| Plaintiff's Opposition | Monday, November 21, 2022 |
| Defendant's Reply | Thursday, December 8, 2022 |
| Hearing | Monday, December 19, 2022 |

IT IS SO ORDERED.

Dated:   October 24, 2022                              _____
                                                                                  SENIOR  DISTRICT  JUDGE

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION SETTING  BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS UNDER THE FIRST TO FILE DOCTRINE, OR IN THE ALTERNATIVE, TO TRANSFER OR STAY; CASE NO. 1:22-CV-00941-AWI-HBK