1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ALICE ORTIZ, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LENG C. HAONG, D.D.S., Inc. and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00941-AWI-HBK<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL THE DECLARATIONS OF BARBARA FISHER AND BRITTENY LEYVA, AND ACCOMPANYING EXHIBITS PURSUANT TO LOCAL RULE 141** |

# [~~PROPOSED~~] ORDER

Having read and considered the "Request to Seal the Declarations of Barbara Fisher and Britteny Leyva, and Accompanying Exhibits Pursuant to Local Rule 141" and because compelling reasons exist and good cause appears, it is **HEREBY ORDERED** as follows:

1. Exhibits 1-5 to the Declaration of Barbara Fisher are hereby ordered sealed from the public docket in their entireties.

2. Paragraphs 2 (only the names in line 10) and 4-8 of the Declaration of Barbara Fisher are hereby ordered sealed from the public docket.

3. The names in Paragraphs 2-7 of the Declaration of Britteny Leyva are hereby ordered sealed from the public docket.

4. The names and addresses in Exhibits 1-5 to the Declaration of Britteny Leyva are hereby ordered sealed from the public docket.

IT IS SO ORDERED.

Dated:   December 5, 2022

_____
SENIOR DISTRICT JUDGE