Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
Cody Alexander Bolce, Esq. (S.B. #322725)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: cab@colevannote.com
Web: www.colevannote.com

Attorneys for Plaintiff Alice Ortiz

*Additional counsel listed on the following page.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ALICE ORTIZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LENG C. HAONG, D.D.S., INC.,<br><br>Defendant. | **Case No. 1:22-cv-00941-AWI-HBK**<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

751765688.1 -1-

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DOUGLAS A. SMITH (SBN 290598)
*dougsmith@mayerbrown.com*
BRITTENY LEYVA (SBN 335981)
*bleyva@mayerbrown.com*
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

DAVID SIMON (admitted *pro hac vice*)
*dsimon@mayerbrown.com*
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3388
Facsimile: (202) 264-3300

Attorneys for Defendant
LENG C. HAONG, D.D.S., INC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

751765688.1 -2-

Notice of Settlement in Principle
Case No. 1:22-cv-00941-AWI-HBK

1  The Parties have reached a settlement in principle of Plaintiff's individual claims and are
2  preparing a long-form settlement agreement. As such, they submit this Notice of Settlement and
3  ask the Court to stay all deadlines such that the Parties are able to finalize the agreement and
4  dismiss the case with prejudice.

5

6  Dated: January 18, 2023                **COLE & VAN NOTE**

7                                         By: */s/ Cody A. Bolce*
                                           Cody Bolce
8
                                           Attorneys for Plaintiff Alice Ortiz
9

10 Dated: January 18, 2023                 **MAYER BROWN LLP**

11                                         By: */s/ Douglas A. Smith*
                                              Douglas A. Smith
12                                            (as authorized on January 18, 2023)

13                                         Attorneys for Defendant Leng C. Haong,
                                           D.D.S., Inc.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

751765688.1 -3-

Notice of Settlement in Principle
Case No. 1:22-cv-00941-AWI-HBK

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800